1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7303
7       FAX: (415) 436-7234
        Email: david.coutryman@usadoj.gov
8
   Attorneys for United States of America
9
                                            **CV 13 5250  NC**
10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,           ) CASE NO. CV 13 -
13                                     )
        Plaintiff,                     ) WARRANT OF ARREST OF PROPERTY *IN REM*
14                                     )
        v.                             )
15                                     )
   APPROXIMATELY $60,000 IN UNITED     )
16 STATES CURRENCY,                    )
                                       )
17      Defendant.                     )
   _____)
18

19      TO:    ANY DEPUTY UNITED STATES MARSHAL OR ANY POSTAL INSPECTOR OF
               THE UNITED STATES POSTAL INSPECTION SERVICE
20

21      YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds and maintain

22 custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

23      Claimants of the above-described funds which is the subject of this action shall file their claims

24 with the Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San

25 Francisco, California 94102 and serve a copy thereof upon the United States Attorney,

26 Attention: David B. Countryman, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden

27 Gate Avenue, 11th Floor, San Francisco, California 94102. Within 35 days after the date of service of the

28
   Warrant of Arrest
   CV 13 -                                    1

1  complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset
2  Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action,
3  whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days
4  thereafter or within such additional time as may be allowed by the Court

5      Statements of interest and answers should be filed with the Office of the Clerk, United States
6  District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San
7  Francisco, California 94102, and copies should be served on David Countryman, Assistant United States
8  Attorney, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102.

                       RICHARD W. WEIKING
                       United States District Clerk

Dated: November 12, 2013        By:    **ANNA SPRINKLES**

Warrant of Arrest
CV 13 -                         2